UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
J & J Sports Productions, Inc.,                    DEFAULT JUDGMENT ~~(proposed)~~

                        Plaintiff,
    - against -                                  Case No.: 7:19-cv-03646-KMK

Rosa Anabella Davila aka Rosa Marquez aka Rosa
Anabella Zambrano aka Rosa Anabella Marquez
aka Rosa Anabella Marquez Davila, individually
and d/b/a El Plebeyo Peruvian Restaurant
                        Defendant.
-------------------------------------------------------------------X

      This action having been commenced on April 24, 2019 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Rosa Anabella Davila aka Rosa Marquez aka Rosa Anabella Zambrano aka Rosa Anabella Marquez aka Rosa Anabella Marquez Davila by substituted service on September 27, 2019 and proof of service was therefore filed on October 29, 2019 [Doc. #9] and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is hereby

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendants in the liquidated amount of $ 6,600.00 with interest at 9 % from Sept. 22, 2020 plus costs and disbursements of this action in the amount of $1,125.00 amounting in all to $ 7,725.00 _____.

Dated: New York, New York
       September 25, 2020

                                                           U.S.D.J.

                                        This document was entered on the docket on September 25, 2020.