UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
J & J Sports Productions, Inc.,

      Plaintiff,

   -against -

Rosa Anabella Davila aka Rosa Marquez aka Rosa
Anabella Zambrano aka Rosa Anabella Marquez
aka Rosa Anabella Marquez Davila, et al
      Defendant.
-----------------------------------------------------------------X

JUDGMENT FOR ATTORNEYS' FEES (proposed)

Case No.: 7:19-cv-03646-KMK

THIS MATTER having come before the Court on the Motion for Attorneys' Fees and the Court having considered the pleadings and been otherwise advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff is awarded attorneys' fees in the amount of $2,747.50, in addition to the JUDGMENT previously awarded herein.

**It is so ordered:**

DATED this __13__ day of __October__, 2020.

_____
Honorable Hon. Kenneth M. Karas
United States District Judge